USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUILLE DINKINS,

       Plaintiff,

-against-

CAPTAIN GUSTAVE, CAPTAIN MITCHELL, C.O, HUMPHRIES, C.O. YOUNG, C.O. MAYO, and CITY OF NEW YORK,

       Defendants.

1-19-cv-2336 (GBD) (KHP)

**Memorandum & Order**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

*Pro se* Plaintiff claims that he was subjected to excessive force and unwanted sexual contact on March 1, 2019 while incarcerated at the George R. Vierno Center on Rikers' Island. The Court stayed the case on September 4, 2019 at Defendant City of New York's request (*see* Doc. No. 30) pending the resolution of two investigations into the incident at issue that are currently being conducted by the Department of Corrections. On February 10, 2020, Plaintiff applied for a subpoena of information pertaining to the investigations, as well as to any information that the Department of Investigations may have regarding the incident.

Plaintiff's request is denied as premature. Plaintiff may renew the request once the investigations have concluded and the stay in this matter has been lifted.

**The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

Dated: March 13, 2020
      New York, New York

                               SO ORDERED.

                               *[signature]*

                               **KATHARINE H. PARKER**
                               **United States Magistrate Judge**