UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
Shaquille C Dinkins, :
:
                    Plaintiff, :
:     19-CV-2336 (JPC)
     -v- :
:     NOTICE OF
Captain Gustave et al., :     REASSIGNMENT
:
                  Defendants. :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2020

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**  Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 7, 2020
       New York, New York
                                                  JOHN P. CRONAN
                                                  United States District Judge