

**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KATHLEEN D. REILLY**
*Assistant Corporation Counsel*
Phone: (212) 356-2663
Fax: (212) 356-3558
Email: kareilly@law.nyc.gov

January 20, 2021

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/20/2021

**MEMO ENDORSED**

    Re:    Shaquille Dinkins v. City of New York, et al.
           19 Civ. 2336 (JPC) (KHP)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney for defendants City of New York ("City"), Captain Mitchell, Captain Gustave, Correction Officer Humphries, Correction Officer Young, and Correction Officer Mayo ("defendants") in the above-referenced matter. Defendants write to respectfully request an adjournment of the status conference, presently scheduled for January 21, 2021 at 2:00 p.m. Since plaintiff is incarcerated and appearing *pro se*, this application is made directly to the Court.

    On November 16, 2020, the Court entered an Order in this matter, scheduling a status conference for January 21, 2021 at 2:00 p.m. (ECF No. 63.) The undersigned arranged for Wende Correctional Facility to produce plaintiff to a suitable location within the facility that is equipped with a telephone, for the purpose of participating by telephone in a conference. The undersigned, however, has just this morning been informed by Wende Correctional Facility that plaintiff is currently under quarantine and will be unavailable for tomorrow's call. Moreover, the facility informed me that it is unknown at this point when the quarantine will be lifted. In light of the nature of the delay, and the fact that Wende Correctional Facility does not have an anticipated date on which the quarantine will end, defendants respectfully request a four (4) week adjournment of the January 21, 2021 status conference. The undersigned is available the following dates: February 17, 2021, the afternoon of February 18, 2021, and February 22, 2021. Should the Court be inclined to grant this request, and in light of the delay that will result from the quarantine imposed by plaintiff's correctional facility, defendants further request a forty-five day (45) extension of time, from February 17, 2021 to April 3, 2021, to complete fact discovery.

- 2 -

Defendants thank the Court for its time and consideration of this matter.

Respectfully submitted,

*Kathleen Reilly*

Kathleen D. Reilly
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **By First Class Mail**
Shaquille Dinkins, *Plaintiff pro se*
DIN: 19A2359
Wende Correctional Facility
3040 Wende Road
Alden, New York 14004-1187

**The Fact Discovery Deadline is hereby extended to April 3, 2021. The telephonic Status Conference in this matter that is scheduled for Thursday, January 21, 2021 at 2:00 p.m. is hereby rescheduled for to Wednesday, March 3, 2021 at 2:00 p.m. It is hereby ORDERED that the Warden or other official in charge of the Wednde Correctional Facility produce plaintiff Shaquille Dinkins., DIN: 19A2359/NYSID # 0310051N, on March 3, 2021, no later than 2:00 p.m., to a suitable location within the Wende Correctional Faciliy that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendant's counsel is directed to call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone. Please dial (866) 434-5269, Access code: 4858267.**
**The Clerk of Court is requested to mail a copy of this order to:**
**Shaquille Dinkins,**
**DIN:19A2359, NYSID # 03130051N**
**Wende Correctional Facility**
**3040 Wende Road, Alden, 14004-1187.**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
01/20/2021

## DECLARATION OF SERVICE BY MAIL

I, **KATHLEEN D. REILLY**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on January 20, 2021, I served the annexed the **ADJOURNMENT REQUEST** upon Shaquille Dinkins, *pro se* plaintiff in the matter, Shaquille Dinkins v. City of New York, et al., No. 19 Civ. 2336 (GBD) (KHP), by depositing a copy of same, enclosed in a first-class, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the plaintiff in the address listed below, that being the address designated by plaintiff for that purpose:

    Shaquille Dinkins, *Plaintiff pro se*
    DIN: 19A2359
    Wende Correctional Facility
    3040 Wende Road
    Alden, New York 14004-1187

Dated:    New York, New York
            January 20, 2021

*/s/ Kathleen D. Reilly*

Kathleen D. Reilly
Assistant Corporation Counsel