USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUILLE DINKINS,

    Plaintiff,

-against-

CAPTAIN GUSTAVE, CAPTAIN MITCHELL, C.O. HUMPHRIES, C.O. YOUNG, C.O. MAYO, and CITY OF NEW YORK,

    Defendants.

1-19-cv-2336 (GBD) (KHP)

ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A telephonic Case Management conference in this matter is hereby scheduled for **Tuesday, May 18, 2021 at 10:00 a.m.**

It is hereby **ORDERED** that the Warden or other official in charge of the Wende Correctional Facility produce plaintiff **Shaquille Dinkins., DIN #19-A-2359, on May 18, 2021, no later than 10:00 a.m.,** to a suitable location within the Wende Correctional Complex that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Wende Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access Code: 4858267** with the plaintiff on the line, at the time and date of the conference.

Dated: March 3, 2021
    New York, New York

                                    **SO ORDERED**.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**

**The Clerk of Court is requested to mail a copy of this order to:**

Shaquille Dinkins
DIN # 19A2359
Wende C.F.
P.O. Box 1187
Wende Road
Alden, NY 14004-1187