```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SHAQUILLE DINKINS,                                               :
                                                                 :
                          Plaintiff,                             :
                                                                 :      19 Civ. 2336 (JPC)
            -v-                                                  :
                                                                 :            ORDER
CITY OF NEW YORK et al.,                                         :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The parties shall appear for a status conference on November 2, 2021 at 10 a.m. The parties should be prepared to discuss the discovery issues raised in Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Dkt. 87, as well as any other outstanding discovery issues in the case. At the schedule time, all parties should call (866) 434-5269, access code 9176261.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: October 26, 2021
      New York, New York

                                             JOHN P. CRONAN
                                          United States District Judge