UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SHAQUILLE DINKINS,                                                      :
                                                                        :
                              Plaintiff,                                :
                                                                        :      19 Civ. 2336 (JPC)
               -v-                                                      :
                                                                        :      ORDER
CITY OF NEW YORK *et al.*,                                              :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court understands that the Plaintiff was released from state custody on or about September 8, 2021. Plaintiff has not filed a notice of change of address updating the Court as to his current address. In the event that the Defendants are in contact with the Plaintiff, the Court directs the Defendants to advise the Plaintiff of the status conference scheduled for November 2, 2021, at 10:00 a.m. As noted in the Order scheduling that conference, at the scheduled time, the parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: October 26, 2021
       New York, New York

                                                   JOHN P. CRONAN
                                            United States District Judge