UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUILLE DINKINS,

                       Plaintiff,

    -against-

GUSTAVE, ET AL.,

                       Defendants.

19-CV-2336 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The Defendant is ordered to submit the entirety of Plaintiff's deposition on ECF by January 7, 2022.

Dated: New York, New York
         January 6, 2022

SO ORDERED

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge