```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHAQUILLE DINKINS,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :     19 Civ. 2336 (JPC)
              -v-                                                      :
                                                                       :            ORDER
CITY OF NEW YORK et al.,                                               :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 6, 2022, the Honorable Katharine H. Parker, United States Magistrate Judge, ordered Defendants "to submit the entirety of Plaintiff's deposition on ECF by January 7, 2022." Dkt. 93. In accordance with Judge Parker's Order, Defendants filed a copy of Plaintiff's complete deposition transcript on the docket. Dkt. 94, Exh. A. As reflected in the transcript, Plaintiff testified during his deposition as to his "most recent address" prior to his "present incarceration." *Id.* at 50:21-51:1. Plaintiff's address, however, is redacted in the deposition transcript filed on the docket. Accordingly, it is hereby ordered that Defendants shall provide the undersigned with the unredacted excerpt of pages 50-51 of Plaintiff's deposition transcript as soon as practicable, but no later than by February 22, 2022. The Court requires this information to ensure that Judge Parker's Report and Recommendation has been sent to any possible address for Plaintiff, in light of his failure to file any objections. Defendants shall email the unredacted excerpt of pages 50-51 of Plaintiff's deposition transcript to CronanNYSDChambers@nysd.uscourts.gov.

    SO ORDERED.

Dated: February 17, 2022
      New York, New York

                                                      JOHN P. CRONAN
                                               United States District Judge