```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHAQUILLE DINKINS,                                                     :
                                                                       :
                            Plaintiff,                                 :
                                                                       :     19 Civ. 2336 (JPC)
           -v-                                                         :
                                                                       :          ORDER
CITY OF NEW YORK et al.,                                               :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 18, 2022, Defendants filed a letter advising the Court that Defendants have "recently learned that plaintiff, in a separate action brought in the Southern District of New York, has updated his address of record following his release from custody," and "submit, upon information and belief, that plaintiff's current address may be":

> Shaquille Dinkins
> 80 Schenectady Avenue
> Apartment 4B
> Brooklyn, NY 11213

Dkt. 98 at 1-2. In addition, in accordance with the Court's February 17, 2022 Order, Dkt. 97, Defendants sent to Chambers the unredacted excerpt of pages 50-51 of Plaintiff's deposition transcript, at which Plaintiff identified his "most recent address" prior to his "present incarceration." Dkt. 94, Exh. A at 50:21-51:1. The docket does not reflect that the Report and Recommendation on Defendants' Motion for Summary Judgment issued by the Honorable Katharine H. Parker, Dkt. 95, or Defendants' Objection to Judge Parker's Report and Recommendation, Dkt. 96, was mailed to Plaintiff at these two addresses.

Accordingly, it is hereby ORDERED that Plaintiff shall have seventeen days from the service of this Order, the Report and Recommendation, and Defendants' Objection (1) to file

written objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, and (2) to respond to Defendant's Objection pursuant to Rule 72(b)(2).  Any objection and/or response shall be filed with the Clerk of the Court, with courtesy copies delivered to the Chambers of the Honorable John P. Cronan at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposing parties. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b).  Any requests for an extension of time for filing objections and/or responses must be addressed to Judge Cronan.  The failure to file these timely objections and/or responses will result in a waiver of those objections and responses for purposes of appeal.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985).

The Clerk of Court is respectfully directed to mail a copy of this Order, the Report and Recommendation dated January 12, 2022, Dkt. 95, and Defendants' Objections, Dkt. 96, to *pro se* Plaintiff Shaquille Dinkins at 80 Schenectady Avenue, Apartment 4B, Brooklyn, NY 11213, and to note service on the docket.

SO ORDERED.

Dated: February 18, 2022
New York, New York

                                          JOHN P. CRONAN
                                        United States District Judge