UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAQUILLE DINKINS,

                Plaintiff,

                19 Civ. 2336 (JPC)

    -v-

                ORDER

CITY OF NEW YORK *et al.*,

                Defendants.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Clerk of Court is respectfully directed to update the address and telephone number for the *pro se* Plaintiff Shaquille Dinkins:

    Shaquille Dinkins
    80 Schenectady Avenue
    Apartment 4B
    Brooklyn, NY 11213
    (929) 616-6763

    SO ORDERED.

Dated: April 7, 2022
       New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge