UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                 :

SHAQUILLE DINKINS,                   :

                          :

               Plaintiff,      :

                          :          19 Civ. 2336 (JPC)

       -v-                   :

                          :           ORDER

CITY OF NEW YORK *et al.*,      :

                          :

             Defendants.     :

                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 7, 2022, the Court held a telephone conference during which it directed the parties to file a joint status letter by April 22, 2022 as to the outcome of the parties' settlement discussions. On April 22, 2022, Defendant filed a letter advising the Court that "the parties are very close to reaching an agreement in principle to settle this matter" and "requesting an additional week to file another joint status letter regarding the outcome of the parties' settlement discussions, and whether they seek referral to Magistrate Judge Parker for a settlement conference." Dkt. 102 at 1-2. The Court granted that request and directed the parties to file a joint status letter regarding settlement by April 29, 2022. Dkt. 103. On April 29, 2022, Defendant filed a letter advising the Court that he has not been able to get in contact with Plaintiff despite defense counsel calling Plaintiff "multiple times every day." Dkt. 104 at 2. Defense counsel also expects that "based on previous conversations with plaintiff, . . . once it is conveyed to plaintiff, defendant's settlement offer will be accepted, insofar as it is equal to plaintiff's most recent settlement demand." *Id.* Therefore, Defendant requests that "the Court issue an order instructing plaintiff to contact the undersigned to continue settlement negotiations." *Id.*

In light of Defendant's letter, Plaintiff is hereby advised that, if he wishes to continue to engage in settlement negotiations with Defendant, he should get in contact with counsel for Defendant.  The parties shall advise the Court if they request referral to Magistrate Judge Parker for a settlement conference.  The parties shall file a joint status letter regarding settlement by May 13, 2022.  The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff Shaquille Dinkins and to note service on the docket.

       SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                         JOHN P. CRONAN
                                United States District Judge